Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
G. Arthur Meneses (SBN 105260)
AMeneses@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, Mezzanine
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Plaintiff Eugene Chavez

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE CHAVEZ, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT, INC., an Arkansas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  5:12-cv-01496-DSF (FFMx)<br><br>**NOTICE RE COMPLIANCE WITH UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA LOCAL RULE 7-3 REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         July 22, 2013<br>Time:        1:30 p.m.<br>Ctrm:        840<br>Judge:       Hon. Dale S. Fischer<br><br>Complaint Filed: August 6, 2012<br>Trial Date:           None |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On June 24, 2013, Plaintiff filed an unopposed Motion for Preliminary Approval of Class Action Settlement. (Docket No. 46.) Plaintiff inadvertently failed to provide a statement regarding compliance with Local Rule 7-3 of the Central District of California.

**U.S.D.C. LOCAL RULE 7-3**

Throughout May and June of 2013, during their negotiations of the Settlement, the parties' counsel conferred multiple times regarding the contemplated Motion for Preliminary Approval of the Class Action Settlement and the timing of the Motion. Although the parties agree to the terms of the settlement and agree that preliminary approval should be granted, the Court is required to conduct its own independent review pursuant to Federal Rule of Civil Procedure, Rule 23(e).

Further, Defendant's counsel was provided an opportunity to review and comment on the Motion for Preliminary Approval on June 17, 2013. Defendant does not oppose the Motion but instead supports it.

Accordingly, Plaintiff has complied, to the extent applicable, with Local Rule 7-3.

Dated: June 25, 2013

Respectfully submitted,

Initiative Legal Group APC

By: /s/ Mónica Balderrama
Mónica Balderrama
G. Arthur Meneses

Attorneys for Plaintiff Eugene Chavez

Page 1

NOTICE RE COMPLIANCE WITH LOCAL RULE 7-3 REGARDING
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT